IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MILLER INSULATION, CO., a North Dakota corporation, | ) ) ) | |
| Plaintiff, | ) ) | 4:08CV3159 |
| v. | ) ) | |
| BEATRICE BIODIESEL, LLC, a Nebraska limited liability company, and RYAN & ASSOCIATES, INC., an Iowa corporation, | ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

On the court's own motion,

IT IS ORDERED:

The time of the Rule 16 telephone planning conference on February 9, 2009, is changed from 9:00 to **11:00 a.m.** Plaintiff's counsel shall initiate the call.

DATED this 3rd day of February, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge