IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MILLER INSULATION, Co., a North Dakota corporation, | ) ) ) | |
| Plaintiff, | ) ) | 4:08CV3159 |
| V. | ) ) ) | |
| BEATRICE BIODIESEL, LLC, a Nebraska limited liability company, and RYAN & ASSOCIATES, Inc., an Iowa corporation, | ) ) ) ) ) | ORDER |
| Defendants. | ) | |

IT IS ORDERED:

1) The unopposed Amended Motion to Amend Answer and Affirmative Defenses filed by defendant Ryan and Associates, Inc, (filing no. 31), is granted.

2) Defendant Ryan's Amended Answer and Affirmative Defenses, a copy of which is attached to its motion, shall be filed on or before August 17, 2009.

3) The Motion to Amend Answer and Affirmative Defenses filed by defendant Ryan and Associates, Inc, (filing no. 30), is denied as moot.

DATED this 11th day of August, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge