IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MILLER INSULATION, Co., a North Dakota corporation, )<br>)<br>Plaintiff, )<br>)<br>V. )<br>)<br>BEATRICE BIODIESEL, LLC, a Nebraska limited liability company, and RYAN & ASSOCIATES, Inc., an Iowa corporation, )<br>)<br>)<br>)<br>Defendants. ) | | 4:08CV3159<br><br><br><br><br>**ORDER** |

This matter is before the court on Defendant Ryan & Associates, Inc.'s ("Ryan") motion for leave to supplement its memorandum and brief in support of its motion for summary judgment (filing 61). Ryan requests that it be granted leave to cite, instanter, the recent decision of *Fixture Specialists, Inc. v. Global Construction, L.L.C.*, No. 07-5614, 2009 WL 904031 (March 30, 2009 D.N.J.). The motion shall be granted.

IT IS ORDERED:

1. Ryan's motion for leave to supplement its memorandum and brief in support of its motion for summary judgment (filing 61) is granted;

2. The court hereby takes notice of *Fixture Specialists, Inc. v. Global Construction, L.L.C.*, No. 07-5614, 2009 WL 904031 (March 30, 2009 D.N.J.) and considers the decision incorporated into Ryan's memorandum and brief in support of its motion for summary judgment

([filing 42](filing 42)).

October 20, 2009.

                                              BY THE COURT:
                                              *Richard G. Kopf*
                                              United States District Judge