IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MILLER INSULATION, Co., a North Dakota corporation, ) ) ) | | |
| Plaintiff, ) ) | 4:08CV3159 | |
| V. ) ) | | |
| BEATRICE BIODIESEL, LLC, a Nebraska limited liability company, and RYAN & ASSOCIATES, Inc., an Iowa corporation, ) ) ) ) ) | **JUDGMENT** | |
| Defendants. ) ) | | |

Pursuant to the court's Memorandum and Order previously filed on this date, and Fed. R. Civ. P. 54(b), all claims against Defendant Ryan & Associates, Inc. are dismissed with prejudice, and Ryan is no longer a party to the action. This judgment does not dismiss Plaintiff's claims against Defendant Beatrice Biodiesel, LLC.

Because Chapter 7 bankruptcy proceedings are currently underway for Defendant Beatrice Biodiesel, and there being no just reason for delay, Rule 54(b) judgment is appropriate.

November 10, 2009.

BY THE COURT:
*Richard G. Kopf*
United States District Judge